PROB 35　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Supervision
(Rev 3/93)　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　Crim. No. 4:91-CR-51-1H

EDWIN HARRISON MORRIS

　　On Friday, November 16, 2012, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　　Respectfully submitted,

/s/Michael C. Brittain　　　　　　　　　　　　/s/Timothy L. Gupton
Michael C. Brittain　　　　　　　　　　　　　　Timothy L. Gupton
Senior U.S. Probation Officer　　　　　　　　U.S. Probation Officer

### ORDER OF COURT

　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of April 2015.

　　　　　　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge